IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN MORO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-452-JPG** |
| ) | |
| **ANGELA WINSOR, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for class certification. **(Doc. 5).** Plaintiff presents himself as the representative of a proposed class of Ordo Templi Orientus Gnostic Catholics at Big Muddy Correctional Center whose religious practices are being impeded by prison officials.

A review of the record reveals that no defendants have been served with summons and the complaint. Therefore, plaintiff's motion is premature. Plaintiff is free to file a motion and brief in support of class certification, in accordance with Federal Rule of Civil Procedure 23.

**IT IS THEREFORE ORDERED** that plaintiff's motion for class certification **(Doc. 5)** is **STRICKEN**.

IT IS SO ORDERED.

DATED: February 23, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**