IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JOHN MORO, #B80245, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-452-JPG |
| | ) | |
| ANGELA WINSOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

NOW COME the Defendants, GREGORY LAMBERT, ROGER WALKER, JR., JULIE WILKERSON, and ANGELA WINSOR, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, (Fed. R. Civ. P. 56), moves this honorable Court to enter summary judgment in favor of the defendants.  In support thereof, Defendants state as follows:

1. Plaintiff has failed to exhaust his administrative remedies as required pursuant to the requirements set forth in 42 U.S.C. §1997(e) of the Prison Litigation Reform Act.

2. A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court enter summary judgment in their favor and against Plaintiff.

        Respectfully submitted,

        GREGORY LAMBERT, ROGER WALKER, JR., JULIE WILKERSON, and ANGELA WINSOR,

            Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

Ellen C. Bruce, #6288045        Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706        By:  /s/ Ellen C. Bruce
(217) 782-9026                   ELLEN C. BRUCE
        Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JOHN MORO, #B80245, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-452-JPG |
| | ) | |
| ANGELA WINSOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on May 18, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

John Moro, #B80245
Taylorville Correctional Center
Post Office Box 900
Taylorville, Illinois  62568

Respectfully Submitted,
 /s/ Ellen C. Bruce
Ellen C. Bruce
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  ebruce@atg.state.il.us
Attorney Bar #:  6288045