IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHN MORO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **05-452-JPG** |
| | ) | |
| **ANGELA WINSOR, et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for an order compelling defendant Reggie Adams

to answer interrogatories 1-17, propounded on an unspecified date (sometime after the Court's

April 19, 2007 order). **(Doc. 111).** Plaintiff asserts that Adams' responses are overdue.

In response to the subject motion, defendant Adams indicates that he has now responded

to the interrogatories. **(Doc. 113).**

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 111)** is

**DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED:  October 3, 2008                    s/ Clifford J. Proud
                                                          **CLIFFORD J. PROUD**
                                                          **U. S. MAGISTRATE JUDGE**