IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHN MORO,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. **05-452-CJP** |
| **ANGELA WINSOR, et al.,** | ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

A review of the record reveals that "Unknown Party"/"John Does" is still carried on the Court's docket as defendants in this action. Plaintiff has never identified those unnamed defendants.

**IT IS THEREFORE ORDERED** that, in accordance with Federal Rule of Civil Procedure 41(b), the "Unknown Party"/"John Does" named in the complaint and amended complaint are hereby **DISMISSED** without prejudice, due to plaintiff's failure to prosecute any claims against them. At the conclusion of all proceedings in the district court, the Clerk of Court shall have the final judgment in this case reflect the dismissal of these defendants.

**IT IS SO ORDERED.**

DATED: February 20, 2009

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**