# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN MORO, | ) |
|     Plaintiff, | ) |
| | ) |
| DANIAL L. BULLOCK | ) |
| | )   CASE NO. 05-452-CJP |
|     Intervenor Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANGELA WINSOR, REGIE ADAMS, UNKNOWN PARTY, GREGORY LAMBRT, JULIE WILKERSON, DAN WALKER, ROGER WALKER, JR., | ) |
|     Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **DAN WALKER** was dismissed on February 15, 2006 by the filing of the Amended Complaint (Doc. 14).

Intervenor Plaintiff **DANIAL L. BULLOCK** was dismissed on August 29, 2006 by an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 35).

Defendant **GREGORY LAMBERT** was granted judgment as a matter of law at the close of Plaintiff's case (Doc. 143).

Defendant **ROGER WALKER, JR.** was dismissed by an Order entered by United States Magistrate Judge Clifford J. Proud on February 26, 2009 (Doc.150).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered a verdict in favor of Defendants and against Plaintiff

It is therefore ordered that judgment is entered in favor of Defendants **ANGELA WINSOR, REGIE ADAMS, UNKNOWN PARTY, GREGORY LAMBERT, JULIE**

**WILKERSON, DAN WALKER** and **ROGER WALKER, JR.** and against Plaintiff **JOHN MORO** and against Intervenor Plaintiff **DANIAL L. BULLOCK**.

Plaintiff shall take nothing from this action.

**DATED** this 26th day of February, 2009

**KEENAN G. CASADY, CLERK**

BY: **S/ Angela Vehlewald**
     **Deputy Clerk**

**Approved by    S/ Clifford J. Proud**
     **United States Magistrate Judge**
     **Clifford J. Proud**